UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff**  DIRECT INVESTMENT PARTNERS AG<br><br>-v-<br>CERBERUS GLOBAL INVESTMENTS, LLC,<br>CERBERUS CAPITAL MANAGEMENT, L.P.,<br>CERBERUS PARTNERS, L.P., and<br>CERBERUS GLOBAL INVESTMENT ADVISORS, LLC,<br>**Defendant** | Case No.<br><br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Direct Investment Partners AG_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** April 25, 2007

Signature of Attorney

**Attorney Bar Code:** SDL9271

Form Rule7_1.pdf