## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CV 3310                                               Purchased/Filed: April 25, 2007
STATE OF NEW YORK     UNITED STATES DISTRICT COURT          SOUTHERN COUNTY

---

Direct Investment Partners AG                                                    Plaintiff

against

Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., et al.      Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____May 7, 2007_____, at _11:45am_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Case, Complaint, Rule 7.1 Statement, Individual Practice Rules of Judge Stanton and Individual Practice Rules of Magistrate Judge Ellis Bearing the above Index # and Filing Date on _____Cerberus Capital Management, L.P._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section _121-109 Revised Limited Partnership Act_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __38__  Approx. Wt: __140__  Approx. Ht: __5'6__
Color of skin: __White__  Hair color: __Blonde__  Sex: __Female__  Other: _____

Sworn to before me on this

_7th_ day of _____May 2007_____

*Deborah A Bottisti (Berlin)*
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

*Jessica Miller*
Jessica Miller

Invoice•Work Order # 0611471

```
                    State of New York - Department of State
                               Receipt for Service


Receipt #:  200705080094                        Cash #: 200705080094
Date of Service:  05/07/2007                    Fee Paid: $40 - DRAWDOWN
Service Company:  05 ATTORNEY'S PROCESS & RESEARCH SERVICES -

Service was directed to be made pursuant to:  SECTION 121-109 OF THE REVISED
    LIMITED PARTNERSHIP ACT

Party Served:  CERBERUS CAPITAL MANAGEMENT, L.P.



Plaintiff/Petitioner:
          DIRECT INVESTMENT PARTNERS AG




Service of Process Address:
CERBERUS CAPITAL MANAGEMENT, L.P.
450 PARK AVENUE
28TH FLOOR
NEW YORK,  NY 10022
                                                Secretary of State
                                                By  DONNA CHRISTIE
```