# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07 CV 3310                                         Purchased/Filed: April 25, 2007

STATE OF NEW YORK         UNITED STATES DISTRICT COURT                 SOUTHERN COUNTY

---

Direct Investment Partners AG                                              Plaintiff

against

Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., et al.        Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____Jessica Miller_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____May 7, 2007_____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case, Complaint, Rule 7.1 Statement, Individual Practice Rules of Judge Stanton and Individual Practice Rules of Magistrate Judge Ellis Bearing the above Index on
# and Filing Date

_____Cerberus Global Investment Advisors, LLC_____ , the

Defendant in this action, by delivering to and leaving with _____Donna Christie_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___1___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service

was made pursuant to Section ___304 Limited Liability Company Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office
of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said
defendant. A copy of this Affidavit and a copy of the papers have been sent to the defendant via Registered
Mail 7778 4256 4275 5000 0560 to c/o National Corporate Research, Ltd., 615 South Dupont Hwy, Dover DE 19901.

Description of the person served: Approx. Age:___38___   Approx. Wt:___140___   Approx. Ht:___5'6___

Color of skin:___White___   Hair color:___Blonde___   Sex:___Female___   Other:_____

Sworn to before me on this

__7th__ day of _____May 2007_____

DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice•Work Order # 0611469

**United States District** Court        County of **Southern District of NY**

**Direct Investment Partners AG**

vs

**Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., et al.**

Index Number: **07 CV 3310**
Filed On: **4/25/2007**

---

SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

**Jessica Miller**, being duly sworn, says:

    I am over the age of 18 years and am not a party to this action. On the **8th** of **May**, 2007 I sent on behalf of the Plaintiff herein a copy of the **Summons in a Civil Case, Complaint, Rule 7.1 Statement, Individual Practice Rules of Judge Stanton and Individual Practice Rules of Magistrate Judge Ellis Bearing the above Index # and Filing Date** together with notice of the service upon the Secretary of State thereof to **Cerberus Global Investments Advisors, LLC**, the Defendant herein, by registered mail via United States Postal Service (Registered Mail No. **7778 4256 4275 5000 0560**) in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

**c/o National Corporate Research, Ltd., 615 South Dupont Hwy, Dover DE 19901**

ATTACHED HERETO AND MADE A PART HEREOF IS THE
☑    SIGNED RETURN RECEIPT FROM THE DEFENDANT
☐    RETURNED MAIL
☐        UNCLAIMED
☐        RETURNED TO SENDER
☐        UNDELIVERABLE AS ADDRESSED

Sworn to before me this
16th day of May, 2007

*Deborah A Botti (Berlin)*                      *Jessica Miller*
Deborah A. Bottisti                                  Jessica Miller
Notary Public, State of New York
No. 01BO6036756
Qualified In Albany County
Commission Expires February 7, 2010

State of New York - Department of State
Receipt for Service

Receipt #:  200705080091                        Cash #: 200705080091
Date of Service:  05/07/2007                Fee Paid: $40 - DRAWDOWN
Service Company:  05 ATTORNEY'S PROCESS & RESEARCH SERVICES -

Service was directed to be made pursuant to:  SECTION 304 OF THE LIMITED
    LIABILITY COMPANY LAW

Party Served:  CERBERUS GLOBAL INVESTMENT ADVISORS, LLC


Plaintiff/Petitioner:
          DIRECT INVESTMENT PARTNERS AG



Service of Process Address:


,

                                          Secretary of State
                                          By  DONNA CHRISTIE

| Registered No. | | Date Stamp |
|---|---|---|
| 7778 4256777402643755000060 0560 | | |

| | Reg. Fee $ 8. 47.90 | | 0207 |
|---|---|---|---|
| To Be Completed By Post Office | Handling Charge $ $0.00 | Return $ $R85 Receipt | 08 |
| | Postage $ $2.20 | Restricted $ $0.00 Delivery | 05/08/07 |
| | Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM:
APRS
PO Box 10277
Albany, NY 12201

TO:
Cerberus Global Investment Advisors, LLC
C/o National Corporate Research, Ltd.
615 South Dupont Hwy
Dover, DE 19901

PS Form **3806,**    **Receipt for Registered Mail**    *Copy 1 - Customer*
June 2002                                                          *(See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**APRS**
**PO BOX 10277**
**ALBANY NY  12201-5277**

3. Article Number

7778 4256 4275 5000 0560

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

Julie Blessing   5/14/07

C. Signature

X _Julie E. Blessing_   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type   **REGISTERED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

0611469
Cerberus Global Investment Advisors, LLC
c/o National Corporate Research, Ltd,
615 South Dupont Hwy
Dover, DE 19901

**Reference Information**

PS Form 3811, July 2001        Domestic Return Receipt