## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07 CV 3310                                      Purchased/Filed: April 25, 2007

STATE OF NEW YORK       UNITED STATES DISTRICT COURT              SOUTHERN COUNTY

---

Direct Investment Partners AG                                            Plaintiff

against

Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., et al.        Defendant

---

STATE OF NEW YORK           SS.:
COUNTY OF ALBANY

_____Jessica Miller_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____May 7, 2007_____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case, Complaint, Rule 7.1 Statement, Individual Practice Rules of Judge Stanton and Individual Practice Rules of Magistrate Judge Ellis Bearing the above Index # and Filing Date   on

_____Cerberus Global Investments, LLC_____ , the

Defendant in this action, by delivering to and leaving with _____Donna Christie_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ____1____ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service

was made pursuant to Section __304 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office
of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said
defendant.  A copy of this Affidavit and a copy of the papers have been sent to the defendant via Registered
Mail 7778 4256 4275 5000 0577 to c/o National Corporate Research, Ltd., 615 South Dupont Hwy, Dover, DE 19901.

Description of the person served:  Approx. Age: ___38___   Approx. Wt: ___140___   Approx. Ht: ___5'6___

Color of skin: __White__   Hair color: __Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this

__7th__ day of _____May 2007_____

*Deborah A Bottisi (Berlin)*

DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

*Jessica Miller*

Jessica Miller

Invoice•Work Order # 0611472

**United States District** Court              County of **Southern District of NY**

**Direct Investment Partners AG**

vs

**Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., et al.**

Index Number: **07 CV 3310**
Filed On: **4/25/2007**

---

SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

**Jessica Miller**, being duly sworn, says:

     I am over the age of 18 years and am not a party to this action. On the **8th** of **May**, 2007 I sent on behalf of the Plaintiff herein a copy of the **Summons in a Civil Case, Complaint, Rule 7.1 Statement, Individual Practice Rules of Judge Stanton and Individual Practice Rules of Magistrate Judge Ellis Bearing the above Index # and Filing Date** together with notice of the service upon the Secretary of State thereof to **Cerberus Global Investments, LLC**, the Defendant herein, by registered mail via United States Postal Service (Registered Mail No. **7778 4256 4275 5000 0577**) in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

**c/o National Corporate Research, Ltd., 615 South Dupont Hwy, Dover DE 19901**

ATTACHED HERETO AND MADE A PART HEREOF IS THE
☑    SIGNED RETURN RECEIPT FROM THE DEFENDANT
☐    RETURNED MAIL
☐        UNCLAIMED
☐        RETURNED TO SENDER
☐        UNDELIVERABLE AS ADDRESSED

Sworn to before me this
16th day of May, 2007

_Deborah A. Bottisti (Berlin)_
Deborah A. Bottisti
Notary Public, State of New York
No. 01BO6036756
Qualified In Albany County
Commission Expires February 7, 2010

_Jessica Miller_
Jessica Miller

State of New York - Department of State
Receipt for Service

Receipt #:  200705080088                          Cash #: 200705080088
Date of Service:  05/07/2007                      Fee Paid: $40 - DRAWDOWN
Service Company:  05 ATTORNEY'S PROCESS & RESEARCH SERVICES -

Service was directed to be made pursuant to:  SECTION 304 OF THE LIMITED
    LIABILITY COMPANY LAW

Party Served:  CERBERUS GLOBAL INVESTMENTS, LLC


Plaintiff/Petitioner:
            DIRECT INVESTMENT PARTNERS AG



Service of Process Address:

,

                                        Secretary of State
                                        By  DONNA CHRISTIE

Registered No. 7778 42507784 565755080500 0577

Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee $ | 6.7530 | | 0207 |
| Handling Charge $ | $0.00 | Return Receipt $ | 6.35 | 08 |
| Postage $ | 4.20.30 | Restricted Delivery $ | $0.00 | 05/08/07 |

To Be Completed By Post Office

Received by

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $    $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM

A. P. R. S.
PO 0207 Box 10277
Albany, NY 12201

TO

Cerberus Global Investments, LLC
C/over National Corporate Research, Ltd
615 South Dupont Hwy
Dover DE 19901

PS Form **3806**, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**APRS**
**PO BOX 10277**
**ALBANY NY  12201-5277**

**2. Article Number**

7778 4256 4275 5000 0577

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    Julie Blessing    B. Date of Delivery    5/14/07

C. Signature    X    Julie E. Blessing    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

**3. Service Type    REGISTERED MAIL**

**4. Restricted Delivery? (Extra Fee)**    ☐ Yes

**1. Article Addressed to:**

0611472
Cerberus Global Investments, LLC
c/o National Corporate Research, Ltd.
615 South Dupont Hwy
Dover, DE 19901

Reference Information

PS Form 3811, July 2001          Domestic Return Receipt