## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CV 3310                                                                                     Purchased/Filed: April 25, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                          SOUTHERN COUNTY

---

Direct Investment Partners AG                                                                                     Plaintiff

against

Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., et al.            Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____May 7, 2007_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case, Complaint, Rule 7.1 Statement, Individual Practice Rules of Judge Stanton and Individual Practice Rules of Magistrate Judge Ellis Bearing the above Index # and Filing Date on

_____Cerberus Partners, L.P._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __121-109 Revised Limited Partnership Act__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __38__    Approx. Wt: __140__    Approx. Ht: __5'6__
Color of skin: __White__    Hair color: __Blonde__    Sex: __Female__    Other: _____

Sworn to before me on this

__7th__ day of _____May 2007_____

*Deborah A Bottisti (Berlin)*
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

*Jessica Miller*
Jessica Miller

Invoice•Work Order # 0611470

```
                State of New York - Department of State
                            Receipt for Service


Receipt #:  200705080093                        Cash #: 200705080093
Date of Service:  05/07/2007                    Fee Paid: $40 - DRAWDOWN
Service Company:  05 ATTORNEY'S PROCESS & RESEARCH SERVICES -

Service was directed to be made pursuant to:  SECTION 121-109 OF THE REVISED
   LIMITED PARTNERSHIP ACT

Party Served:  CERBERUS PARTNERS, L.P.



Plaintiff/Petitioner:
          DIRECT INVESTMENT PARTNERS AG



Service of Process Address:
CERBERUS PARTNERS, L.P.
450 PARK AVENUE / 28TH FLOOR
NEW YORK,  NY 10022

                                                Secretary of State
                                                By   DONNA CHRISTIE
```