UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT INVESTMENT PARTNERS AG, | |
| Plaintiff, | 07 Civ. 3310 (LLS) (RLE) |
| -against- | FILED VIA ECF |
| CERBERUS GLOBAL INVESTMENTS, LLC, CERBERUS CAPITAL MANAGEMENT, L.P., CERBERUS PARTNERS, L.P., and CERBERUS GLOBAL INVESTMENT ADVISORS, LLC, | **NOTICE OF APPEARANCE** |
| Defendants. | |

Notice is hereby given of the appearance of the counsel listed below on behalf of Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P., and Cerberus Global Investment Advisors, LLC.

All notices and/or pleadings in this matter should be served upon:

>Lawrence M. Rolnick, Esq.
>Lowenstein Sandler PC
>1251 Avenue of the Americas
>18th Floor
>New York, New York 10020
>Tel: 212.262.6700
>Fax: 212.262.7402
>-and-
>65 Livingston Avenue
>Roseland, New Jersey 07068
>Tel: 973.597.2500
>Fax: 973.597.2400
>
>Email: LRolnick@lowenstein.com
>   *LEAD ATTORNEY TO BE NOTICED*
>   *ATTORNEY TO BE NOTICED*

-2-

Dated: June 11, 2007                     **LOWENSTEIN SANDLER PC**

                                                                   By:   _s/ Lawrence M. Rolnick_
                                                                           Lawrence M. Rolnick (LR-0546)
                                                                           1251 Avenue of the Americas
                                                                           18th Floor
                                                                           New York, New York 10020
                                                                           Tel: 212.262.6700
                                                                           Fax: 212.262.7402
                                                                           -and-
                                                                           65 Livingston Avenue
                                                                           Roseland, New Jersey 07068
                                                                           Tel: 973.597.2500
                                                                           Fax: 973.597.2400

                                                                           *Attorneys for Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P., and Cerberus Global Investment Advisors, LLC*