UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT INVESTMENT PARTNERS AG, | |
| Plaintiff, | 07 Civ. 3310 (LLS) (RLE) |
| -against- | FILED VIA ECF |
| CERBERUS GLOBAL INVESTMENTS, LLC, CERBERUS CAPITAL MANAGEMENT, L.P., CERBERUS PARTNERS, L.P., and CERBERUS GLOBAL INVESTMENT ADVISORS, LLC, | **NOTICE OF APPEARANCE** |
| Defendants. | |

Notice is hereby given of the appearance of the counsel listed below on behalf of Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P., and Cerberus Global Investment Advisors, LLC.

All notices and/or pleadings in this matter should be served upon:

> James I. Lee, Esq.
> Lowenstein Sandler PC
> 1251 Avenue of the Americas
> 18th Floor
> New York, New York 10020
> Tel: 212.262.6700
> Fax: 212.262.7402
> -and-
> 65 Livingston Avenue
> Roseland, New Jersey 07068
> Tel: 973.597.2500
> Fax: 973.597.2400
>
> Email: jilee@lowenstein.com
> *ATTORNEY TO BE NOTICED*

-2-

| | |
|---|---|
| Dated: June 11, 2007 | **LOWENSTEIN SANDLER PC** |
| | By: _s/ James I. Lee_ |
| | James I. Lee (JL-0459) |
| | 1251 Avenue of the Americas |
| | 18th Floor |
| | New York, New York 10020 |
| | Tel: 212.262.6700 |
| | Fax: 212.262.7402 |
| | -and- |
| | 65 Livingston Avenue |
| | Roseland, New Jersey 07068 |
| | Tel: 973.597.2500 |
| | Fax: 973.597.2400 |
| | |
| | *Attorneys for Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P., and Cerberus Global Investment Advisors, LLC* |