UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT INVESTMENT PARTNERS AG, <br><br>                    Plaintiff, <br><br> -against- <br><br> CERBERUS GLOBAL INVESTMENTS, LLC, CERBERUS CAPITAL MANAGEMENT, L.P., CERBERUS PARTNERS, L.P., and CERBERUS GLOBAL INVESTMENT ADVISORS, LLC, <br><br>                    Defendants. | 07 Civ. 3310 (LLS) (RLE) <br><br> FILED VIA ECF <br><br> **DEFENDANT CERBERUS GLOBAL INVESTMENTS, LLC'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Defendant Cerberus Global Investments, LLC ("Defendant"), states that there is no parent corporation of Defendant and no publicly held corporation that owns 10% or more of the ownership interests of Defendant.

Dated: June 19, 2007

                                           **LOWENSTEIN SANDLER PC**

                                           By:  *s/ Lawrence M. Rolnick*
                                               Lawrence M. Rolnick (LR-0546)
                                               1251 Avenue of the Americas
                                               18th Floor
                                               New York, New York 10020
                                               Tel: 212.262.6700
                                               Fax: 212.262.7402
                                               -and-
                                               65 Livingston Avenue
                                               Roseland, New Jersey 07068
                                               Tel: 973.597.2500
                                               Fax: 973.597.2400

                                               *Attorneys for Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P., and Cerberus Global Investment Advisors, LLC*

C3378/216
06/19/2007 2178927.01