UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIRECT INVESTMENT PARTNERS AG,

                          Plaintiff,

      -against-

CERBERUS GLOBAL INVESTMENTS, LLC,
CERBERUS CAPITAL MANAGEMENT, L.P.,
CERBERUS PARTNERS, L.P., and CERBERUS
GLOBAL INVESTMENT ADVISORS, LLC,

                          Defendants.

07 Civ. 3310 (LLS) (RLE)

FILED VIA ECF

**DEFENDANT CERBERUS CAPITAL MANAGEMENT, L.P.'S RULE 7.1 <u>DISCLOSURE STATEMENT</u>**

---

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Defendant Cerberus Capital Management, L.P. ("Defendant"), states that there is no parent corporation of Defendant and no publicly held corporation that owns 10% or more of the ownership interests of Defendant.

Dated: June 19, 2007

                                    **LOWENSTEIN SANDLER PC**

                                    By:    *s/ Lawrence M. Rolnick*
                                          Lawrence M. Rolnick (LR-0546)
                                          1251 Avenue of the Americas
                                          18th Floor
                                          New York, New York 10020
                                          Tel: 212.262.6700
                                          Fax: 212.262.7402
                                          -and-
                                          65 Livingston Avenue
                                          Roseland, New Jersey 07068
                                          Tel: 973.597.2500
                                          Fax: 973.597.2400

                                          *Attorneys for Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P., and Cerberus Global Investment Advisors, LLC*