UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT INVESTMENT PARTNERS AG, | |
| Plaintiff, | 07 Civ. 3310 (LLS) (RLE) |
| -against- | FILED VIA ECF |
| CERBERUS GLOBAL INVESTMENTS, LLC, CERBERUS CAPITAL MANAGEMENT, L.P., CERBERUS PARTNERS, L.P., and CERBERUS GLOBAL INVESTMENT ADVISORS, LLC, | **DEFENDANT CERBERUS PARTNERS, L.P.'S RULE 7.1 DISCLOSURE STATEMENT** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Defendant Cerberus Partners, L.P. ("Defendant"), states that there is no parent corporation of Defendant and no publicly held corporation that owns 10% or more of the ownership interests of Defendant.

Dated: June 19, 2007

**LOWENSTEIN SANDLER PC**

By:    *s/ Lawrence M. Rolnick*
    Lawrence M. Rolnick (LR-0546)
    1251 Avenue of the Americas
    18th Floor
    New York, New York 10020
    Tel: 212.262.6700
    Fax: 212.262.7402
    -and-
    65 Livingston Avenue
    Roseland, New Jersey 07068
    Tel: 973.597.2500
    Fax: 973.597.2400

*Attorneys for Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P., and Cerberus Global Investment Advisors, LLC*