UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT INVESTMENT PARTNERS AG, <br><br> Plaintiff, <br><br> -against- <br><br> CERBERUS GLOBAL INVESTMENTS, LLC, CERBERUS CAPITAL MANAGEMENT, L.P., CERBERUS PARTNERS, L.P., and CERBERUS GLOBAL INVESTMENT ADVISORS, LLC, <br><br> Defendants. | 07 Civ. 3310 (LLS) (RLE) <br><br> FILED VIA ECF <br><br> **DEFENDANT CERBERUS GLOBAL INVESTMENT ADVISORS, LLC'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Defendant Cerberus Global Investment Advisors, LLC ("Defendant"), states that there is no parent corporation of Defendant and no publicly held corporation that owns 10% or more of the ownership interests of Defendant.

Dated: June 19, 2007        **LOWENSTEIN SANDLER PC**

By:   *s/ Lawrence M. Rolnick*
      Lawrence M. Rolnick (LR-0546)
      1251 Avenue of the Americas
      18th Floor
      New York, New York 10020
      Tel: 212.262.6700
      Fax: 212.262.7402
      -and-
      65 Livingston Avenue
      Roseland, New Jersey 07068
      Tel: 973.597.2500
      Fax: 973.597.2400

      *Attorneys for Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P., and Cerberus Global Investment Advisors, LLC*

C3378/216
06/19/2007 2178930.01