ORIGINAL

STANTON, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIRECT INVESTMENT PARTNERS AG,

                      Plaintiff,

-against-

CERBERUS GLOBAL INVESTMENTS, LLC,
CERBERUS CAPITAL MANAGEMENT, L.P.,
CERBERUS PARTNERS, L.P., and CERBERUS
GLOBAL INVESTMENT ADVISORS, LLC,

                      Defendants.

07 Civ. 3310 (LLS) (RLE)

**STIPULATION AND ORDER**

---

        IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties hereto, that:

        1.    The time for Defendants to serve and file their motions to dismiss plaintiff's Complaint is extended to and including July 20, 2007.

        2.    Plaintiff shall serve and file its papers in opposition to Defendants' motion to dismiss on or before September 14, 2007.

        3.    Defendants shall file and serve their reply papers on or before October 5, 2007.

        4.    This briefing schedule reflects the second extension of time granted by Plaintiff upon the request of counsel for Defendants.

        5.    Defendants hereby waive any defenses based upon improper or deficient service of process. All other defenses are preserved.

C3378/216
06/26/2007 2175244.02

WUERSCH & GERING LLP
By: _____
Samuel D. Levy (SDL-9271)
100 Wall Street, 21st Floor
New York, New York 10005
Tel: 212.509.5050

*Attorneys for Plaintiff Direct Investment Partners AG*

LOWENSTEIN SANDLER PC
By: _____
Lawrence M. Rolnick (LR-0546)
Thomas E. Redburn, Jr. (TR-3902)
1251 Avenue of the Americas
18th Floor
New York, New York 10020
Tel: 212.262.6700
Fax: 212.262.7402
-and-
65 Livingston Avenue
Roseland, New Jersey
Tel: 973.597.2500
Fax: 973.597.2400

*Attorneys for Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P., and Cerberus Global Investment Advisors, LLC*

SO ORDERED:

_____
Honorable Louis L. Stanton, U.S.D.J.

Dated: June 28, 2007

-2-