UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIRECT INVESTMENT PARTNERS AG,

                      Plaintiff,

              -against-

CERBERUS GLOBAL INVESTMENTS, LLC,
CERBERUS CAPITAL MANAGEMENT, L.P.,
CERBERUS PARTNERS, L.P., and CERBERUS
GLOBAL INVESTMENT ADVISORS, LLC,

                      Defendants.

07 Civ. 3310 (LLS) (RLE)

FILED VIA ECF

**DECLARATION OF THOMAS E. REDBURN, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

---

        Pursuant to 28 U.S.C. § 1746, **THOMAS E. REDBURN, JR.**, under penalty of perjury, hereby declares:

        1.    I am a Member of the law firm of Lowenstein Sandler PC, counsel for Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P., and Cerberus Global Investment Advisors, LLC in the above-captioned action. I am familiar with the proceedings in this case.

        2.    Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Complaint dated April 25, 2007.

Dated: July 27, 2007

                                                                  Thomas E. Redburn Jr. (TR-3902)