**MEMORANDUM ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DIRECT INVESTMENT PARTNERS AG,

                Plaintiff,

-against-

CERBERUS GLOBAL INVESTMENTS, LLC,
CERBERUS CAPITAL MANAGEMENT, L.P.,
CERBERUS PARTNERS, L.P., and CERBERUS
GLOBAL INVESTMENT ADVISORS, LLC,

                Defendants.

07 Civ. 3310 (LLS) (RLE)

**SCANNED**

MOTION TO ADMIT
<u>COUNSEL PRO HAC VICE</u>

/5

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Lawrence M. Rolnick, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Thomas E. Redburn, Jr.
        Lowenstein Sander PC
        1251 Avenue of the Americas
        18th Floor
        New York, New York 10020
        Tel: 212.262.6700
        Fax: 212.262.7402
        -and-
        65 Livingston Avenue
        Roseland, New Jersey 07068
        Tel: 973.597.2500
        Fax: 973.597.2400

*Granted. No objection. So Ordered. Louis L. Stanton 7/27/07*

Thomas E. Redburn, Jr. is a member in good standing of the Bar of the State of New Jersey. There are no pending disciplinary proceedings against Thomas E. Redburn, Jr. in any State or Federal court.

C3378/216
07/11/2007 2175378.01