# LOWENSTEIN SANDLER PC

Attorneys At Law
1251 Avenue of the Americas
18th Floor
New York, New York 10020
Tel: 212.262.6700
Fax: 212.262.7402
*Attorneys for Defendants Cerberus*
*Global Investments, LLC, Cerberus*
*Capital Management, L.P., Cerberus Partners, L.P.*
*and Cerberus Global Investment Advisors, LLC*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT INVESTMENT PARTNERS AG,<br><br>    Plaintiff,<br><br>    - against -<br><br>CERBERUS GLOBAL INVESTMENTS, LLC, CERBERUS CAPITAL MANAGEMENT, L.P., CERBERUS PARTNERS, L.P. and CERBERUS GLOBAL INVESTMENT ADVISORS, LLC<br><br>    Defendants. | 07 Civ. 3310 (LLS) (RLE)<br><br>FILED VIA ECF<br><br>**CERTIFICATE OF SERVICE** |

   I**, LAWRENCE M. ROLNICK,** of full age, hereby certify as follows:

On December 4, 2007, I caused copies of:

  1.  Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss; and

  2.  this Certificate of Service;

to be electronically filed via the Court's ECF service and served on Plaintiff's counsel, Samuel D. Levy, via electronic mail and Federal Express (next business day).

   I hereby certify that the foregoing factual statements are true. I am aware that if any of the foregoing factual statements are willfully false, I am subject to punishment.

**LOWENSTEIN SANDLER PC**
*Attorneys for Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P. and Cerberus Global Investment Advisors, LLC*

Dated: December 4, 2007

By: s/ Lawrence M. Rolnick
Lawrence M. Rolnick (LR-0546)
Thomas E. Redburn, Jr. (TR-3902)

1251 Avenue of the Americas
18th Floor
New York, New York 10020
Tel: 212.262.6700
Fax: 212.262.7402
- and -
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973.597.2500
Fax: 973.597.2400