# LOWENSTEIN SANDLER PC

Attorneys At Law
1251 Avenue of the Americas
18th Floor
New York, New York 10020
Tel: 212.262.6700
Fax: 212.262.7402
*Attorneys for Defendants Cerberus*
*Global Investments, LLC, Cerberus*
*Capital Management, L.P., Cerberus Partners, L.P.*
*and Cerberus Global Investment Advisors, LLC*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT INVESTMENT PARTNERS AG,<br><br>Plaintiff,<br><br>- against -<br><br>CERBERUS GLOBAL INVESTMENTS, LLC, CERBERUS CAPITAL MANAGEMENT, L.P., CERBERUS PARTNERS, L.P. and CERBERUS GLOBAL INVESTMENT ADVISORS, LLC<br><br>Defendants. | 07 Civ. 3310 (LLS) (RLE)<br><br>FILED VIA ECF<br><br>**CERTIFICATE OF SERVICE** |

    I**, LAWRENCE M. ROLNICK,** of full age, hereby certify as follows:

On February 29, 2008, I caused copies of:

    1.    Defendant Cerberus Global Investments, LLC's Answer, Affirmative Defenses and Jury Demand; and

    2.    this Certificate of Service

to be electronically filed via the Court's ECF service and served on Plaintiff's counsel, Samuel D. Levy, via electronic mail and Federal Express (next business day).

    I hereby certify that the foregoing factual statements are true. I am aware that if any of the foregoing factual statements are willfully false, I am subject to punishment.

                                    **LOWENSTEIN SANDLER PC**
                                    *Attorneys for Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P. and Cerberus Global Investment Advisors, LLC*

Dated: February 29, 2008                By:    s/ Lawrence M. Rolnick
                                                               Lawrence M. Rolnick (LR-0546)
                                                               Thomas E. Redburn, Jr. (TR-3902)

                                                               1251 Avenue of the Americas
                                                               18th Floor
                                                               New York, New York 10020
                                                               Tel: 212.262.6700
                                                               Fax: 212.262.7402
                                                               - and -
                                                               65 Livingston Avenue
                                                               Roseland, New Jersey 07068
                                                               Tel: 973.597.2500
                                                               Fax: 973.597.2400