**LOWENSTEIN SANDLER PC**
Attorneys At Law
1251 Avenue of the Americas
18th Floor
New York, New York 10020
Tel: 212.262.6700
Fax: 212.262.7402
*Attorneys for Defendants Cerberus*
*Global Investments, LLC, Cerberus*
*Capital Management, L.P., Cerberus Partners, L.P.*
*and Cerberus Global Investment Advisors, LLC*


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT INVESTMENT PARTNERS AG,<br><br>Plaintiff,<br><br>- against -<br><br>CERBERUS GLOBAL INVESTMENTS, LLC,<br>CERBERUS CAPITAL MANAGEMENT, L.P.,<br>CERBERUS PARTNERS, L.P. and CERBERUS<br>GLOBAL INVESTMENT ADVISORS, LLC<br><br>Defendants. | 07 Civ. 3310 (LLS) (RLE)<br><br>FILED VIA ECF<br><br>**CERTIFICATE OF SERVICE** |

I**, LAWRENCE M. ROLNICK,** of full age, hereby certify as follows:

On February 29, 2008, I caused copies of:

     1.     Defendant Cerberus Capital Management, L.P.'s Answer, Affirmative Defenses

and Jury Demand; and

     2.     this Certificate of Service

to be electronically filed via the Court's ECF service and served on Plaintiff's counsel, Samuel

D. Levy, via electronic mail and Federal Express (next business day).

I hereby certify that the foregoing factual statements are true. I am aware that if

any of the foregoing factual statements are willfully false, I am subject to punishment.

**LOWENSTEIN SANDLER PC**
*Attorneys for Defendants Cerberus Global*
*Investments, LLC, Cerberus Capital Management,*
*L.P., Cerberus Partners, L.P. and Cerberus Global*
*Investment Advisors, LLC*

Dated: February 29, 2008

By:   s/ Lawrence M. Rolnick
Lawrence M. Rolnick (LR-0546)
Thomas E. Redburn, Jr. (TR-3902)

1251 Avenue of the Americas
18th Floor
New York, New York 10020
Tel: 212.262.6700
Fax: 212.262.7402
- and -
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973.597.2500
Fax: 973.597.2400