**LOWENSTEIN SANDLER PC**
Attorneys At Law
1251 Avenue of the Americas
18th Floor
New York, New York 10020
Tel: 212.262.6700
Fax: 212.262.7402
*Attorneys for Defendants Cerberus*
*Global Investments, LLC, Cerberus*
*Capital Management, L.P., Cerberus Partners, L.P.*
*and Cerberus Global Investment Advisors, LLC*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT INVESTMENT PARTNERS AG,<br><br>                     Plaintiff,<br><br>            - against -<br><br>CERBERUS GLOBAL INVESTMENTS, LLC, CERBERUS CAPITAL MANAGEMENT, L.P., CERBERUS PARTNERS, L.P. and CERBERUS GLOBAL INVESTMENT ADVISORS, LLC<br><br>                     Defendants. | 07 Civ. 3310 (LLS) (RLE)<br><br>FILED VIA ECF<br><br>**CERTIFICATE OF SERVICE** |

I**, LAWRENCE M. ROLNICK,** of full age, hereby certify as follows:

On February 29, 2008, I caused copies of:

> 1. Defendant Cerberus Global Investment Advisors, LLC's Answer, Affirmative Defenses and Jury Demand; and
>
> 2. this Certificate of Service

to be electronically filed via the Court's ECF service and served on Plaintiff's counsel, Samuel D. Levy, via electronic mail and Federal Express (next business day).

I hereby certify that the foregoing factual statements are true.  I am aware that if any of the foregoing factual statements are willfully false, I am subject to punishment.

2

                                **LOWENSTEIN SANDLER PC**
*Attorneys for Defendants Cerberus Global Investments, LLC, Cerberus Capital Management, L.P., Cerberus Partners, L.P. and Cerberus Global Investment Advisors, LLC*

Dated: February 29, 2008          By:   s/ Lawrence M. Rolnick
                                                   Lawrence M. Rolnick (LR-0546)
                                                   Thomas E. Redburn, Jr. (TR-3902)

                                                   1251 Avenue of the Americas
                                                 18th Floor
                                                 New York, New York 10020
                                                 Tel: 212.262.6700
                                                 Fax: 212.262.7402
                                                 - and -
                                                 65 Livingston Avenue
                                                 Roseland, New Jersey 07068
                                                 Tel: 973.597.2500
                                                 Fax: 973.597.2400